12/04)

# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody



(Motion Under 28 U.S.C. § 2255)

CA 05 330 T

FILED AUG 01 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.
2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.
3. Make sure the form is typed or neatly written.
4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.
5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.
6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.
7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.
8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for ____________________
   Address
   City, State Zip Code

9. CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.
10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District providence ,RI |
|---|---|
| Name (under which you were convicted): ARIES CRUDUP | Docket or Case No.: 02,00073T |
| Place of Confinement: Adult Correctional Institution R,I | Prisoner No.: 113845 |
| UNITED STATES OF AMERICA District of Rhode Island v. | Movant (include name under which you were convicted) ARIES CRUDUP |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: UNITED STATES DISTRICT COURT OF RHODE ISLAND
1EXCHANGE TERRANCE
Providence,Rhode Island 02903
(b) Criminal docket or case number (if you know): 02-00073T
2. (a) Date of the judgment of conviction (if you know): May 2,2003
(b) Date of sentencing: May 2,2003
3. Length of sentence: 84 Month 3years Supervisised Probation
4. Nature of crime (all counts): FELONY POSSESION OF A FIREARM

5. (a) What was your plea? (Check one)
(1) Not guilty ☐ (2) Guilty XX (3) Nolo contendere (no contest) ☐
(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☐
8. Did you appeal from the judgment of conviction? Yes ☐ No ☐
9. If you did appeal, answer the following:
   (a) Name of court: UNITED STATES DISTRICT COURT OF RHODE ISLAND
   (b) Docket or case number (if you know): 02-00073T(No 03-1717
   (c) Result: ______
   (d) Date of result (if you know): ______
   (e) Citation to the case (if you know): ______
   (f) Grounds raised: That the U.S. DISTRICT COURT ERRED,IN IMPOSIN G THE DEFENDANT-APPELLANTS SENTENCE CONSECUTIVE TO HIS STATE COURT PROBATION VIOLATION SENTENCE AND THE FACT THAT A COMPLAINT HAS BEEN FILED TO THE CHIEF DISCIPLINARY BOARD OF THE SUPREME COURT AGAINST ATTORNEY EDWARD ROY FOR HIS INEFFECTIVE ASSISTANCE,AND FAILURE TO REPRESENT IN A PROPER AND COMPETENT MANNER.
   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): ______
   (2) Result: ______
   (3) Date of result (if you know): ______
   (4) Citation to the case (if you know): ______
   (5) Grounds raised: ______

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐ No ☒ X
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: UNITED STATE DISTRICT COURT OF RHODE ISLAND
    (2) Docket or case number (if you know): 02-00073T
    (3) Date of filing (if you know): Dec 3,2003 Denied July 7,2004

(4) Nature of the proceeding: ____________________

(5) Grounds raised: ____________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☒ No ☐

(7) Result: DENIED JULY 7 ,2004

(8) Date of result (if you know): MAY 2 2003

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ____________________

(2) Docket or case number (if you know): ____________________

(3) Date of filing (if you know): ____________________

(4) Nature of the proceeding: ____________________

(5) Grounds raised: ____________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☒ No ☐

(7) Result: ____________________

(8) Date of result (if you know): ____________________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: That prior to my arrest I was ambushed and shot at by someone I dont know my attorney Ed,ROY did not

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): make the Judge aware of this attempted assualt which took place in augest 2001 and that I was shot and stbbed on Nov 16,2000. I feel if Mr. Ed Roy, woul -d have presented the the two violent assuats upon my person as cited In U.S v BELL 214 f.3d 1299 It possibly wouuld have affected the Judge sentenc -ing , bench mark and guidlines upon ny pleading to charge of felony possession of a firearm.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: I have no knowledge of this U.S v BELL case , which my attorney should have ! but didn't .he was neglectgent

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): 02-00073T

Date of the court's decision: ?

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND TWO: I AM APPEALING THE SENTENCING GUIDELINE DUE TO THE RECENT RULING UNITED STATE V.BOOKER 04-104

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

That My Attorney Edward Roy,did not make me or the Courts aware that the drug charge,had not been resolved in the State Court,and due to the charge my sentencing enhancement was raised -up 4 points.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒xx

(2) If you did not raise this issue in your direct appeal, explain why: **Lack of knowledge fedral law and ineffective assistsnce by attorney Edward Roy A. paid fedral defender . At that time.**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒xx

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): **02-00073T**

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒X

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒X

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒xx

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND THREE: Due to my mother health ,and myself being the primary care giver she and my sister who are both living

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Lopus! I was denied by fedral Judge Earnest.Torres,Amotion Downward Depature!in which even fedral Judge Torres question my attorney Edward Roy.on the timing of request for a motion for a downward depature right before .That the court erred when they denied my downward depature request,due to incorrect pre-sentencing reported by probation officer and ineffective assistance by Edward Roy.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐ XX

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐ XX

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): 02-00073T

Date of the court's decision: May 2,2003

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒xx

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☒xx No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒xx No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **United States district of Rhode Iland**

Docket or case number (if you know): **02-00073T**

Date of the court's decision: **May 2,2003**

Result (attach a copy of the court's opinion or order, if available): **NO**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **lack of competence and ineffactive assitance of my fedral defeder Edward Roy ,who did not present these facts before my sentecing or to,my pre sentence report**

GROUND FOUR: **A prima facie case of collusion between the attorney genral office and the fedral prosecutor.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During my violation hearing in superior court MAY,8/2002 for possession of firearm .The Honorable,justice Edwin,Gale found me guilty of violating my suspended,sentence and probation.And serve 7years &8months.All evidance was litigated in superior court ,and in the federal arriagnement indictment the fedral prosecutor used the same evidance ,the state used to find me guilty.In the pre-sentence in fedral court,they mislead the prosecutor by claming I was found guilty of cotrolled substance,which was false I was found guilty of the firearm charge.

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒xx

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒xx

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒xx

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒xx

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒xx

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Lack of knowledge of the federal court system,and ineffective assitance by my paid fedral defender.Edward C. Roy.And I wish to have another court appointed attorney to repersent my appeal.

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☐ XX

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Ed C.Roy of 10weybosset street,suite 300 office of fedral public defender. Only One.

(b) At arraignment and plea: ______

(c) At trial: ______

(d) At sentencing: ______

(e) On appeal: ______________________________

(f) In any post-conviction proceeding: ______________________________

(g) On appeal from any ruling against you in a post-conviction proceeding: ______________________________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No XX

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No XX

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______________________________

(b) Give the date the other sentence was imposed: ______________________________

(c) Give the length of the other sentence: ______________________________

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes XX No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* Ground1: Due to the pre-sensentence report being inadequate, intimate threat could of been decided, if my attorney Edward Roy would brougt this issue before the court.

Ground2: sixth amendment constitution law was violated, trial by act:or admitted by defendent.

Ground3: The motion was not represented with the regiurments of what was ask. And due to my lack knowledge I was not inform to prove the reguirements of the motion, that was to be provided by my attorney Edward Roy.

Ground4:fifth amendment was violation constitutional law. Which provides a person to be place in jeopardy twice for the same successive punishment, and to successive prosecutions for the conduct. As before.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: I would like to come before the with a new court appointed and have these issue's & motions readdressed before the court.

or any other relief to which movant may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ______________ (month, date, year).

Executed (signed) on 7-28-05 (date).

[signature]
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________________

IN FORMA PAUPERIS DECLARATION

______________________________
[Insert appropriate court]

* * * * *

Ground2: Brief/Argument

At the time in May 8,2003 at my senctencing hearing the guidlines were not manatory they were advisory.I plead it gulity in fedral court in Earnest Torres court room.At my viliation hearing at superior court every evidance was ligated then decided.However in federal court there was no arguments or brief arguments,of what took place in state court.If so judge Torres would probaly identify the facts relvant to sentencing decisons and to determaine the impact of such facts on federal sentence is precisly the same.Also the sentence was increased by a drug charge that was still pending at the time,however in the recent supreme court decison,it's says other than the fact of a prior convtion.A defendant must admitt or be found guilty by jury to enhance a sentence.Also if judge Torres might well haven given a different sentence if the advisory guidlines regime had been in force.In my sentencing the (four)points increase my sentence that never admitted,or went before a jury at the time.For a felony to possed a firearm it could be up to a judge discreation to decide justfication and excuse to have possed a firearm.In sentencing that facts are a criminal prior record,the seriouness of conduct constitut a fair coriminal process.
Being that most facts come from a Pre-sentence -Report only that pre-sentence report was inadquate under 2k2.1(B)(5) in the booklet of sentence guidlines,2003.It says whether or not crimal charge was brought,conviction obtained.Points system is to be increase (4) levels.In the Blakey case decided in 2005,it says other than a fact of a prior conviction a judge can not enhance a sentence,that was not admitted by a defendant,or found by jury by verdict.It violiates the sixth amendment.The sentence was enchanced under the mandatory sentence guidlines.System based on facts found by the judge and not admitted by defendant. The district court did not have the discretion to conside-r factors unrelated to the nature and type of denfendant assistance.U.S. -v-Davis 2005,WL.1033422,11th circut. District court might have sentenced the denfendant to a lesser term of imprisonment if it had felt that it free to do so.Even though the sentence within the range .Manadatory minumum under 3553(A).Booker sentence is unconstitutiinal but FanFan is not.

In violation of law.

In correct,application

Outside the applicable guidlines.

In the absence of an applicabie guidlines plainly unreasonable.

Gound3:

Brief/Arguments

Being I been my mother caregiver since I was nine years old,also her personal transportation.I was denied of my motion at my senetencing hearing for not having enough evidance to prove I was my mother care giver and not given prober instrution to provide for a motion for a downward depature.Due to the attorney I had.Howeve -r I could of provided the courts with every truthful evidance if I was instruted right.Under the penalty of law for perjury I will never provide the court with false information.A district court commited plain error under Booker,when it applied the sentencing guidlines as mandatory in refusing to grant a downward depature. There was a reasonable probability of a different result if the guidlines had been appied in an advisory instead of binding fasio -n ,by the sentencing judge.U.S-v-Dacus WL 1017985,11th circut.

Background:

In a case in which a DEFENDANT IS SUBJECT TO AN UNDISCHARGED SENTENCE OF IMPRISONMENT, THE COURT GENERALLY HAS AUTHORITY TO IMPOSE AN IMPRISONMENT SENTENCE ON THE CURRENT OFFENSE TO RUN CONCURRENTLY WITH A CONSECUTIVELY TO THE PRIOR UNDISCHARGED TERM. 18 U.S.C.§ 3553 (a), including any applicable guidelines or policy statements issued by the Sentencing Commission.

SENTENCING OPTIONS

Compassionate release:

(1) Community confinement, (2) Home detention (3) Community Service (4) Order of Notice to Victim (5) Occupational Restrictions,

There is no compassionate release medical status under the Federal Sentencing guidelines, due to the Federal Prison having the Medical assistance to treat, or treatment to most or all terminally ,or Grave medical conditions. (21 U.S.C.§ 801 et seq)

Downward departure for extraordinary family responsibilities was not supported by statement that defendant was single Mother with Three children under the age of four years old,one of whom was being breast fed,and that incarceration would require placing the children in a foster home where,at the time of her arrest,defendant was living not only with the Father of her children but also with her Parents and Sister,who were employed during six years preceeding her arrest,

(a) Extreme vulnerability to prison violence/assault may be ground for departure from sentencing guidelines. U.S. v.Graham, 83 F.3d 1466,317.

(b) Defendant,s status as single father of two young children who might be placed in foster care upon defendants incarceration. did not present extraordinary circumstances required for Downward departure for family circumstances under sentencing guidelines. U.S. v. Leandre,132 F.3d 796.

(c) post-sentencing rehabilitative efforts may be a basis for Downward departure from sentencing guidelines upon .U.S. v. Green 152 F.3d 1202.

(d) N.J. 1998.Even if district court had the power to depart downward under sentencing guidelines to give effect to a plea agreement,it would not do so where agreement did not reflect the seriousness of defendants conduct. U.S. v. Boylan,5 F,Supp 2d 274

(e) A finding of sentencing factor manipulation authorizes a sentencing court to depart from the guideline sentencing range as well as from statutory minimums.U.S. v. Person 27 F.Supp 2d 317

(f) U.S. v.Carreiro 14 F.Supp 2d 196.

Ground4: Brief,Arguments.

Prepared to show that the prsecution by two sovern's was that the sovereignties was not separate.That they work in tadom and unity and agreed to prosecute both cases,and that the evidance,from here was presented to the Grand Jury! there vice versa.Heath-V-U.S (Heart of the argument,courtsaid the both prosecuted for the same conduct.

Whalen-v-U.S 445 U.S.684,63L.ED 2d 715,100 s.ct1432

(Double Jeopardy)

P.itell case in Feburary of 2003,second punishment and second prosecution,in whalen it second it second punishment.The sentence could not be consecutive,however they could be concurrent.That's what U.S.Supreme court said!That is not being offered in this case.The task force had federal agents on board during it's invistigation and illegal search.When does the conduct by one soverenty police authority cross a line between what might be seemed legitimate cooperation,and making it a tool?Barkus/Blockbuger test.

Ashness case R.I (look up) Heath-v-Alabama 474 U.S 82.The crucil determination is quote,whether the two entities that success of prosecution of a defendent for the same course of conduct can be determined by separate sovereigns.Barkus makes the test a little harder,the bright line rule they have is to be the tool for the other state.The distinction here is they weren't seperate As long as it's point prosecution for the same course of conduct, they should't be entitled to second prosecution.

The state-v-Boudread.43.R.I.497,503,322 A.2d 626,629.Same standard as Blockbuger order,76 L.ed at 309.See state-v-Doyon 416 A.2d 130,133.(R.I.1980) state-v-pope 414 A.2d 781,787.88,state-v-Innis 391.A.2d 458,state-v-Grullon 371 A.2d.265 (1977) emphasis supplied,state-v-Chase 508 A.2d.120,122 23.(R.I.1991 state-v-Brackett 113 f.3d 1396,1400.