# United States District Court

FOR DISTRICT OF Rhode Island

FILED AUG 0 1 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

05 330T

CASE NUMBER: 02-00073T

I, ARIES -CRUDUP declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [X] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration STATE OF RHODE ISLAND ADULT CORR INSTITUTION

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [ ] Yes [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. SALVATION -ARMY - 8/20/01 WAGES -$750-hour

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **Salvation Army, I have been incarcerated since 2001 of September 30th.**

3. In the past 12 twelve months have your received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | [ ] Yes | [X] No |
| b. | Rent payments, interest or dividends | [ ] Yes | [X] No |
| c. | Pensions, annuities or life insurance payments | [ ] Yes | [X] No |
| d. | Disability or workers compensation payments | [ ] Yes | [X] No |
| e. | Gifts or inheritances | [ ] Yes | [X] No |
| f. | Any other sources | [ ] Yes | [X] No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. ____________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. [NO- DEPENDENTS]

I declare under penalty of perjury that the above information is true and correct.

7-27-05
DATE

SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ____________________ on account to his/her credit at (name of institution) ________________________________. I further certify that the applicant has the following securities to his/her credit: ____________________ ____________________. I further certify that during the past six months the applicant's average balance was $ ____________________.

FILED
2005 AUG -1 A 10:54
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

____________________ ____________________
DATE SIGNATURE OF AUTHORIZED OFFICER

INFORMA PAUPERIS AFFIDAVIT

# RHODE ISLAND FEDERAL DISTRICT COURT

ARIES CRUDUP
(PETITIONER)

Affidavit in support of request
to proceed in forma pauperis

Vs

UNITED STATES
(RESPONDENT(s)

I, ARIES CRUDUP, Declare under penalty of perjury that I am the movant in the above entitled case: That in support of my motion to proceed without being required to prepay fees, costs of said proceeding or to give security therefor: That I believe I am entitled to relief.
I further declare under penalty of perjury that the responses which I have made to question and instructions below are true.

1. Are you presently employed ? Yes ( ) No (X)

A. If you answer is "yes", State the amount of your salary or wages per month, and give the name and address of your employer. 8/20/01 - wages - $750-hour

B. If the answer is "no" State the date of last employment and the amount of the salary and wages per month which you received. **Salvation Army, I have been incarcerated since September 30th, 2001.**

2. Have you received within the past twelve months any money from any of the following sources ?
   (a) Business, profession or form of self-employment ? Yes ( ) No (X)
   (b) Rent payments, Interest or dividends ? Yes ( ) No (X)
   (c) Pensions, annuities or life insurance payments ? Yes ( ) No (X)
   (d) Gifts, or inheritance ? Yes ( ) No (X)
   (e) Any other sources ? Yes ( ) No (X)

If the answer to any of the above is "yes" describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in a checking or saving account ?
Yes ( ) No ( ) ( Include any prison account )
If the answer is "yes" State the total value of the items owned. I have a total of $78.00 - dollars in my inmates account

4. Do you own any real estate, Stock, Bonds, Notes, Automobiles, or other valuable property ( excluding ordinary household furnishing and clothing) ?

Yes ( ) No (x)

If the answer is "yes" describe the property and state its approximate value.

_______________________________________________

5. List the person who are dependent upon you for support, State your relationship to those person, And indicate how much you contribute toward their support.

~~None one depenpense on me~~ in my family for suppor
-t and funds

_______________________________________________

_______________________________________________

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON 7-27-05
(date)

Aries Crudup
(signature)

PRINT NAME : Aries Crudup

ADDRESS: ACI po box 8274

CITY,STATE,ZIP: Cran, RI 02920

Subscribed and sworn to, before me in Cranston in the County of Providence In the State of Rhode Island and Providence Plantations, This 27 Day of July A.D. ~~199~~ 2005

Clerk/Notary Public

Expiration Date: 3/31/09

7/27/05
Date

Seal

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Aries Crudup
v.

United States

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Aries Crudup, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (x)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

______________________________

______________________________

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

8/20/.01 -wages -750-hour

______________________________

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (x)

b. Rent payments, interest or dividends? Yes ( ) No (x)

c. Pensions, annuities or life insurance payments? Yes ( ) No (x)

d. Gifts or inheritances? Yes ( ) No (x)

e. Any other sources? Yes ( ) No (x)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

______________________________________
______________________________________
______________________________________
______________________________________

3. Do you own any cash, or do you have money in a checking or savings account?

Yes (X) No ( ) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

I have 78 -dollars as of the date

of 6-20-05

______________________________________

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (X)

If the answer is "yes," describe the property and state its approximate value.

______________________________________
______________________________________
______________________________________
______________________________________

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None one depense on me finacial

______________________________________
______________________________________
______________________________________
______________________________________

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on 7-27-05
(Date)

[signature]
(Signature)

RESPONSE

1. Have you had the assistance of an attorney, other law-trained personnel, or writ writers since the conviction your petition is attacking was entered?

Yes **xxx** No ____________

2. If you checked "yes" above, specify as precisely as you can the period(s) of time during which you received such assistance, up to and including the present.

**Public Defender United States District Court who filed my appealed on December 3rd, 2003.**

3. Describe the nature of the assistance, including the names of those who rendered it to you.

4. If your petition is in jeopardy because of delay prejudicial to the state under Rule 9(a), explain why you feel the delay has not been prejudicial and/r why the delay is excusable under the terms of Rule 9(a). This should be done by relying upon FACTS, not your opinions or conclusions.

5. If your petition is in jeopardy under Rule 9(b) because it asserts the same grounds as a previous petition, explain why you feel it deserves a reconsideration. If its fault under Rule 9(b) is that it asserts new grounds which should have been included in a prior petition, explain why you are raising these grounds now rather than previously. Your explanation should rely on FACTS, not your opinions or conclusions.

Executed on 7-27-05
(Date)

[signature]
(Signature)

# Inmate Account History

ID#: 113845

Name: CRUDUP, ARIES D

Date of birth: 1981-03-12

Location: MED - DMODL - 23T

Balances as of 6/20/2005:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 78.27 | 0.00 | 133.30 | 211.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/25/2005 | ERF | OID:100412841-ComisaryRefund-Reg | 2.89 | 66.11 | 0.00 | 118.29 |
| 4/26/2005 | EPR | OID:100415558-ComisaryPurch-Reg | -8.92 | 57.19 | 0.00 | 118.29 |
| 5/3/2005 | EPR | OID:100418111-ComisaryPurch-Reg | -39.97 | 17.22 | 0.00 | 118.29 |
| 5/5/2005 | <LEGAL COPY> | LEGAL COPIES MED 3-29 4-11 | -0.05 | 17.17 | -0.05 | 118.29 |
| 5/5/2005 | LEGAL COPY | LEGAL COPIES MED 3-29 4-11 | 0.05 | 17.17 | 0.00 | 118.29 |
| 5/12/2005 | PAYROLL MED | PORTER | 13.50 | 27.29 | 0.00 | 121.67 |
| 5/13/2005 | <LEGAL COPY> | LEGAL COPIES 4-12 4-25 MED | -0.05 | 27.24 | -0.05 | 121.67 |
| 5/13/2005 | LEGAL COPY | LEGAL COPIES 4-12 4-25 MED | 0.05 | 27.24 | 0.00 | 121.67 |
| 5/17/2005 | EPR | OID:100423153-ComisaryPurch-Reg | -24.69 | 2.55 | 0.00 | 121.67 |
| 5/17/2005 | <MEDICAL> | VIS MED 05-03-2005 | -2.55 | 0.00 | -2.55 | 121.67 |
| 5/17/2005 | MEDICAL | VIS MED 05-03-2005 | 3.00 | 0.00 | 0.45 | 121.67 |
| 5/23/2005 | LEGAL COPY | LEGAL COPIES MED 4-26 TO 5-9 | 0.15 | 0.00 | 0.60 | 121.67 |
| 6/6/2005 | MEDICAL | VIS MED 05-19-2005 | 6.00 | 0.00 | 6.60 | 121.67 |
| 6/15/2005 | PAYROLL MED | PORTER | 46.50 | 34.87 | 6.60 | 133.30 |
| 6/15/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-05-23-13. | -0.15 | 34.72 | 6.45 | 133.30 |
| 6/15/2005 | <MEDICAL> | Payment for MEDICAL on 2005-06-06-15.01. | -6.00 | 28.72 | 0.45 | 133.30 |
| 6/15/2005 | <MEDICAL> | Payment for MEDICAL on 2005-05-17-13.16. | -0.45 | 28.27 | 0.00 | 133.30 |
| 6/17/2005 | CASH B TELLER | SHIRLEY CRUDUP | 50.00 | 78.27 | 0.00 | 133.30 |

Due to computer posting the 'Balances as of 6/20/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.