**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ARIES CRUDUP,
Petitioner

v. CA: 05-330T

UNITED STATES OF AMERICA,
Respondent

**ORDER**

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," on or before **September 2nd, 2005.**

Entered as an Order of this Court:

DEPUTY CLERK

ENTER:

ERNEST C. TORRES
United States Chief Judge

DATE: 8/11/05