UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARIES CRUDUP,
Plaintiff

vs.                                                C.A. No. 05-330T

UNITED STATES OF AMERICA,
Defendants

### ORDER PASSING AS MOOT PLAINTIFF'S MOTION
### TO PROCEED
### IN FORMA PAUPERIS

Petitioner's application to proceed without prepayment of fees is hereby PASSED AS MOOT. There is no filing fee for a Motion to Vacate under 18 U.S.C. §2255.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 8/23/05