**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ARIES CRUDUP,
Plaintiff

vs. C.A. No. 05-330T

UNITED STATES OF AMERICA,
Defendants

**ORDER PASSING AS MOOT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner's application to proceed without prepayment of fees is hereby PASSED AS MOOT. There is no filing fee for a Motion to Vacate under 18 U.S.C. §2255.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 8/23/05