UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ARIES D.CRUDUP

CA,No.05-330T

PETITIONERS MOTION TO APPEAL THE DECISION OF U.S.C. DISTRICT OF RHODE ISLAND

28 U.S.C. § 2255 MOTION.

UNITED STATES Vs. ARIES D.CRUDUP 28 U.S.C.§2255 MOTION

(1) INTRODUCTION

Every fact that the Government provide was true,however there is a couple of miscommunication statement.This is a reponse back to the motion to denied the 2255,by the Government.

Statement of the appeal of the case

On May 8,2002 superior court Judge Edwin Gale,found me guilty for possession of a firearm,and then found me guilty to be a violator.At time of my violation hearing my charge were dissmiss my charge been dissmiss since March 28,2002.Then on May 30,2002 I was arraigned on charges in Rhode Island in courtroom 5-G in six district court.

On August 21,2002 I was indicted by federal grand jury,then plead guilty to one count of felon possesion of firearm,with a drug charge still pending.

The law of ineffective assitance

Edward Roy performance was unprofessinal by making false statement about the federal law.And not provided the doctor letter that was provide to him,by my mother doctor for a solid evidance that would probability had a different result.

First argument,before I make a statement I know now carring a firearm is wrong,and I admitted that.At the time I felt I was in fear of my life.November 16,2000 on this specific date I shot and stapped repeatly,I recieved a bullet to the back of the neck,and stapped repeatly.Medical records can prove these facts.Prior to my arrest in August in 2001,another assualt happen in my back yard at night.It was not over a year ago as the Government states,all though the Government states U.S. BELL kills my arguement,there are cases that applied to mine.And everything that this argument reguires for the justifaction and excuse.Federal reporter,U.S. V. Edgar CHERRY Gant-2d serious,691,1159.

The second argument,the drug charge that was pending at the time of my sentence,was not resoled.Under the Booker case that was decide in January 12,2005.In that decision it say's other than a fact of a prior conviction,any fact that increases the penalty for a beyond the prescibed statuory maxium must be submitted to a jury,and proved beyond a reasonable doubt.Relying on Blakely v. Washington,542U.S.____159L.Ed 2d 403,124 s.ct 2531.I was sentence under 2002, sentence guidlines. The felon possesion of firearm was the only uderline charge.

The pre-sentence report was not avaible to me,until after i was sentence.So i did not have a chance to fully understand my pre-sentence report.Due to the ineffective assitance counseling,by my attorney Edward Roy,of lack communcation.

Third argument,On the advice of my attorney,Edward Roy there was a break down in the communcation when this matter came before the court.I did not have the medical docmentation to support my requ-est for a downward departure.I had provide my attorney Edward Roy with a letter by my mother doctor.In the sentenceing transcript's page (9) 1¶8 Judge Earnest Torres demonstrates the discouragement a downward departure. My attorney Edward Roy did not object to the court's opinion.And resulted in denial of the motion.

My father passed away in 2002 of a heart attack,shortly after I was incarcerated.My father was my mothers primary caregiver,till he passed away.I was always trained to become my mothers care-giver,by my mothers C.N.A. nurse to change dressing on her wounds on her body.I was the male benefactor to assist my mother,along with my sister,emotionally,physically,with there on going medical complications,I have always made my mothers appointments,hospital visits,medication being pick-up a priority at the pharmcy.For her and my sister.

Fourt argument, the main argument in this grond is that my time can be concurrent, prima facie case of collsion applies to sucessive punishment, and prosecution for the same conduct. In no way am I reguest that my federal charge be dissmiss. I was showing anothe-r way that the courts can run federal and statetime concurrent. Under prima facie of collsion. United States verse Jose Cleotide, Solis, 299 F.3d 420; (5 th circut 2002).

Respectfully submitted,

Aries Crudup, petitioner

Aries Crudup

CERTIFICATE OF SERVICE