UNINTED STATES DISTRICT
COURT OF RHODE ISLAND

UNITED STATES OF AMERICAN
VS.
ARIES CRUDUP,
Defendant

CASE No.05-~~33-0T~~ 330T

**MOTION TO PROCEED ON §2255 AND APPEAL INFORMA PAUPERIS AND MOTION FOR APPOINTMENT OF COUNSEL**

Now comes,the defendant **ARIES CRUDUP** pro se,in the above style cause and case number.

The Defendant,respectfully moves this Honorable court pursuant,to **Title 18 U.S.C. § 3006,28 U.S.C. § 1915**,and files this motion to proceed on §2255,and Appeal inforuma pauperis; and motion for Appiontment of counsel for the following below stated enumerated reason.

**(1).** The Petition, declares herein becuase of his proverty he can not afford to pay the appeal docket fee,nor hier an attorney to represent **Petitioner/Appellant** in this criminal litigation proceeding before this court. **See Inforuma Pauperis Affivdant attached hereto marked as Exhibit (A).**

**(2).** The petitioner,declares that he is a layman of the law, that it would be in the interest of jusices for this court to appoint the petitioner counsel so that a skill attorney can properly raise the issie of:**Failure to submitte medical documents for support of a downward departure;failure to sub -mitte relevant information before sentencing,**

about unresoled charges which were used to enhance sentenced.Thes -e issues constitute ineffective assistance of counsel.

Respectfully submitted,