UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ARIES CRUDUP,

        Plaintiff,

v.                                  C.A. No. 05-330T

UNITED STATES OF AMERICA,

        Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Aries Crudup's Motion to Proceed In Forma Pauperis is hereby denied. No filing fee is required for a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255.

Mr. Crudup's Motion for Appointment of Counsel is hereby denied. The issues Mr. Crudup raises in his § 2255 motion are not so complex that Mr. Crudup cannot adequately address them on his own.

IT IS SO ORDERED,

/s/ Ernest C. Torres
_____
Ernest C. Torres, Chief Judge
Date: November 23, 2005