STATE OF PENNSYLVANIA )
) SS:
COUNTY OF UNION )

AFFIDAVIT OF ARIES D. CRUDUP

I, Aries D. Crudup, do hereby depose and swear:

1. That I told my counsel Edward C. Roy that I have lived with my mother and father all my life.

2. I further swear that I told Mr. Roy that he could find proof that I helped in the care of my mother by picking up here medicine from Prime Drugs located on Cranston St., in Providence, RI.

3. I told Mr. Roy that if he went to the store he could find a list there that everyone who picks up medicine for someone else must sign in order to receive the medicine from the pharmacist.

4. I have been picking up the medicine for my mother since I was eleven (11) years old. That was my chore in the family.

5. I swear I told Mr. Roy that my mother and sister would have no one else to tend to their needs.

6. Since I've been incarcerated, my mother has no one to turn her over in the middle of the night. She has to pay neighborhood boys to take out her trash when she can catch up with them.

7. I told Mr. Roy that my driver license would show that I lived at my mother's house. And that my school records would show that I lived there as well.

8. I swear that my mother would have testified that she has no other person that can provide her with around the clock care.

9. My sister was present in court the day I was sentenced. She was willing to testify that she nor my mother has anyone to care for them since the death of my father in 2002.

10. Mr. Roy did not get the records from the Prime Drug Store that would have shown that I regularly picked up the medicine for my mother.

11. I further swear that if the court would call my neighbors Lenny and Rodney Carpanter, they could varify that I lived with my mother my whole life.

Aries Crudup
Signature of Affiant

I HEREBY DECLARE, under the penalty of perjury, that the foregoing is true and correct. Executed on December 8, 2005.

Aries Crudup
Signature of Declarant

**SWORN TO** before me on this 8 day of December, 2005.

Notary Public in and for
the State of Pennsylvania

12/8/05

J. DUNKLEBERGER, CASE MANAGER
AUTHORIZED BY ACT OF JULY 7,
1955, TO ADMINISTER OATHS