UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARIES D. CRUDUP,
Petitioner,

-vs-

Cause No.:02-00073T
CA: 05-330T

UNITED STATES OF AMERICA,
Respondent.

## MOTION TO SUPPLEMENT THE RECORD WITH CONTROLLING AUTHORITY OF THE FIRST CIRCUIT

Comes Now, Aries D. Crudup, in propria persona, and hereby moves this Honorable Court pursuant to Rule 28(j) to supplement the record in this matter, by introducing United State v. Antonakopoulos, 399 F.3d 68 (1st Cir. 2005) as authority in support of Petitioner's 28 U.S.C. §2255 Petition. Antonakopulos argued that he should receive two downward departures for: (1) post-offense rehabilitation, and (2) family circumstances. Crudup raised an indentical argument in regard to family circumstances during sentencing and in his presently pending §2255 Petition. Although the Court declined to grant Antonakopoulos relief on the two downward departures, the Court ultimately sentenced him at the low end of the appropriate sentencing range. However, in light of United States v. Booker, 543 U.S. ___, 125 S.Ct. 738 (2005), the Court ruled that it had erred because the Court had imposed the sentence under a mandatory Guideline system. Because Antonakopoulos

has become the controlling law of the circuit, its holdings should govern the decision rendered in Crudup's §2255 Petition. See Davis v. United States, 417 U.S. 333 (1974). Rule 28 (j) is the appropriate vehicle to put United States v. Antonakopoulos, before the Court for consideration in the case at bar.

Respectfully submitted,
Aries Crudup
Aries D. Crudup
Reg.#05205-070
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

I HEREBY DECLARE, under the penalty of perjury that foregoing is true and correct. Executed on 3-8-06.

Aries Crudup
Aries D. Crudup

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/27/06