TO.Honorable Judge
EARNEST C.TORRES
ONE EXCHANGE TERRACE
PROVIDENCE,R.I.02903

April 21,2006

CA05-330T

FR.PETITIONER,ARIES CRUDUP
REG.052050-70
USP LEWISBURG,PENITENTIARY
P.O.BOX 1000
LEWISBURG,PA 17837

Petitioner enclosed information with concern to the downward depature issue.Petitioner have exhibit certain parts on the circumstances.Petitioner hopes the information will be attached to the pending `28 U.S.C. §2255 Petition for in support.

1.Copy of driver license showing I live with my mother home.

2.Petitioner father death certificate,also copy of medical forms 2pg on page 1 showing petitioner father was the primary care giver.

3.Letter's from my mothers and sister physician David Steigman also the C.N.A.nurse Sherri Lee Velez varify their needs and medical complications.

4.The Rhode Island department of health continuity of care forms ,will identify my mother Shriley Crudup diffculties

dealing with the disease lupus and what she needs for everyday medical attention.

SINCERLY,ARIES CRUDUP