Date: 6/04/07 PROVIDENCE POLICE DEPARTMENT Page: 1
Time: 13:35:17 Offense Report Program: CMS301L

Case No. . . . . : 1-01-111544
Occur From Date: 8/06/01 3:50 Occur To Date : 8/06/01 3:50
Day Of Week . : Monday Report Date . : 8/07/01 21:02
Call Class . . : Shots Fired Case Status . : Open/Active
Street Number : [redacted] BURNSIDE AVE
City . . . . . : PROVIDENCE, RI
Post of Occur. : 12 District . . . . : 1
Report Officer : GOUGH, CLARENCE, JR. Supervisory Ofc: MARTINOUS, MICHAEL
Entry Date . . : CIARAMELLO, DONNA 8/07/01

******************** O F F E N S E R E P O R T # 1 ******************
Classification : Destruction/Damage/Vandalism of Pro
Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Residence/Home
UCR Disposition: Open/Active

********* P R O P E R T Y I N F O R M A T I O N # 1 ********************
Description . : VEHICLE DAMAGE
UCR Prop Type : Vehicle Parts/Accessories/Radios
Property type : Vehicle
Category . . . : Destroyed/Damaged/Vandalized
Value . . . . . : 100.00

********* V E H I C L E I N F O R M A T I O N # 1 ********************
Registration No: NL768 RI Reg. Type . . : Passenger
Year . . . . . : 1988 Make . . . . . . : CHEVROLET
Model . . . . . : Impala Model Name . . : Impala
Color . . . . . : WHITE VIN . . . . . . : [redacted]

************** V I C T I M I N F O R M A T I O N - # 1 ******************
Name . . . . . : CRUDUP, ARIES D Birth Date . . : [redacted]1981 20
Race . . . . . : Black Sex . . . . . . : Female
Ethnic Origin : Not of Hispanic Origin
Street Number : [redacted] BURNSIDE AVE
City . . . . . : PROVIDENCE, RI
Home Phone No. : [redacted] Business Phone : 401/000-0000
Other Phone Nbr: 401/000-0000 Residency Statu: Resident of Providence

*************************** N A R R A T I V E # 1 **************************
Original Report Reported By: GOUGH, CLARENCE, JR. W. 8/07/01
Entered By.: CIARAMELLO, DONNA 8/07/01
Reviewed By: MARTINOUS, MICHAEL A. 8/07/01

The complainant stated to police @ 0350 hrs., on 8/6/01, person unknown shot at his above vehicle while it was parked in the rear of his yard. Police found 15 9m shell casings around the vehicle,a and noted that the auto had been struck approx., 10 times by gunshots.

The victim further stated he had no idea why someone would target his auto for this type of malicious damage.

* * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *