**USP HAZELTON**

Institutional Update

To the inmate population

Due to a serious inmate on inmate assault occurring on May 26, 2008, USP Hazelton has been locked down. The institution will remain on lock-down status until further notice.

De acuerdo con un asalto de reo contra reo que ocurrio el 26 de mayo del 2008, USP Hazelton se ha colocado en estado de "lock-down." Seguirá habiendo la institución en estado de "lock-down" hasta nuevo aviso.

Joe D. Driver 5/26/08

Warden Date