IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARIES CRUDUP | ) | |
| | ) | |
| v. | ) | CA. NO.05-330-T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S OBJECTION TO PETITIONER'S MOTION FOR RECONSIDERATION

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Zechariah Chafee, Assistant United States Attorney and hereby objects to Petitioner's Motion for Reconsideration for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2008, I caused the within Government's Objection to Defendant's Motion for Sentence Consideration to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically

Aries Crudup
Reg. No. 05205-070
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mill, WV 26525

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARIES CRUDUP | ) | |
| | ) | |
| v. | ) | CA. NO.05-330-T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION
TO PETITIONER'S MOTION FOR RECONSIDERATION

Petitioner Aries Crudup moves this Court to reconsider its decision of May 14, 2008 denying Petitioner's motion made pursuant to 28 USC § 2255. He has failed to assert any argument that comes close to grounds for the Court to take the extraordinary step petitioner seeks.

Petitioner asserts that he should have been granted a hearing to establish certain alleged facts that he contends amount to legal justification for him to possess the firearm in question at the time and place that he admitted he did so. However, as the government pointed out in its objection and as did the Court in its decision, the "facts" even if accepted as true, do not give rise to a defense of legal justification. Thus a hearing was not necessary.

Likewise, the petitioner argues that he should have had a hearing to establish certain facts regarding his family circumstances. But in addressing the petitioner's "family circumstances" argument in the decision the Court noted that the

issue was vigorously litigated at sentencing by the petitioner's District Court counsel. Furthermore, counsel relied on the "facts" on which petitioner based his § 2255 motion.

Petitioner is simply rehashing matters already decided by the Court. He has presented no newly discovered evidence nor alleged any manifest errors of law.

His motion for reconsideration should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2008, I caused the within Government's Memorandum in Support of its Objection to Petitioner's Motion for Reconsideration to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via U.S. mail, postage prepaid to:

Aries Crudup
Reg. No. 05205-070
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mill, WV 26525

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov