UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ARIES CRUDUP

v. CA No. 05-330

UNITED STATES OF AMERICA

**ORDER DENYING MOTION FOR RECONSIDERATION**

Petitioner's motion for reconsideration of the denial of his § 2255 motion is denied because all of the reasons stated for the requested reconsideration were fully addressed in this Court's memorandum and order dated May 14, 2008.

By Order

Dane J. Smith
Deputy Clerk

ENTER:

Ernest C Torres
Ernest C. Torres
Senior U.S. District Judge

Date: July 9, 2008