OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

July 30, 2008

Paulette Dube, Chief Deputy Clerk
U.S. District Court
One Exchange Terrace
Providence, RI 02903

Dear Paulette:

Enclosed please find a notice of appeal mistakenly filed in the court of appeals. I am sending it to you pursuant to Fed. R. App. P. 4(d). The date the notice of appeal was received is stamped on the face of the document.

Sincerely,

Richard Cushing Donovan, Clerk

By: ______________________
Margaret Carter, Chief Deputy Clerk

Enclosure