United States Court of
Appeals For The First Circut

RIDC
05-CV 00330T

2008 JUL 28 P 1:41
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Aries Crudup
Petitioner,

Case # 05-330T

-vs-

United States Of America,
Respondent. /

## NOTICE OF APPEAL

Comes Now, Petitioner Aries Crudup,acting pro se, filing for notice of Appeal **pursuant to 28 U.S.C.S (c) and FRAP. 22(b).**

Respectfully submitted,

[signature]
Aries D.Crudup,Pro Se