UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CA05-330T

2. TITLE OF CASE: Aries Crudup v. United States of America

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Aries Crudup**
113845
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
PRO SE

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Zechariah Chafee**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

` 5. NAME OF JUDGE: **Ernest C. Torres**

6. COURT-APPOINTED COUNSEL YES__ NO_x_

7. FEE PAID YES__ NO_x_
RECEIPT#

8. IN FORMA PAUPERIS YES__ NO_x_

9. GUIDELINES CASE YES__ NO__

10. RELATED CASE ON APPEAL YES__ NO__

C.C.A. # (IF AVAILABLE)

DATE OF LAST N.O.F.A. FILED ___________

11. SPECIAL COMMENTS: Enclosed please find: Notice of Appeal; Certified Docket; Copy of Court file (Doc. #'s: 1-21)