IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARIES CRUDUP :
: CA. NO.05-330T
vs. : CR. NO.02-73T
:
UNITED STATES OF AMERICA :

**GOVERNMENT'S OBJECTION TO PETITIONER'S MOTION A CERTIFICATE OF APPEALABILITY**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion A Certificate of Appealability for the reasons set forth in the accompanying Memorandum.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2008, I caused the within Government's Objection to Defendant's Motion for A Certificate of Appealability, with accompanying memorandum, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has been mailed by first class prepaid postage to:

Aries Crudup
Reg. No. 05205-070
USP - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARIES CRUDUP | : | |
| | : | CA. NO.05-330T |
| vs. | : | CR. NO.02-73T |
| | : | |
| UNITED STATES OF AMERICA | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY**

Petitioner's motion for a certificate of appealabililty should be denied because the applicant has failed to make a substantial showing of a denial of a constitutional right.

Petitioner seeks to appeal this court's determination of the Booker issue he raised in his § 2255 motion. There was not a close question resolved by this court's decision on that issue. This court disposed of the issue in three sentences (Memorandum and Order attached). Petitioner has not advanced an argument of any substance showing that this court's decision denied him a constitutional right.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15[h] day of August, 2008, I caused the within Government's Objection to Defendant's Motion for A Certificate of Appealability, with accompanying memorandum, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has been notified by first class, prepaid postage to:

Aries Crudup
Reg. No. 05205-070
USP - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov