UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARIES CRUDUP

        v.                        CA No. 05-330T

UNITED STATES OF AMERICA

## ORDER DENYING MOTION TO APPEAL IN FORMA PAUPERIS

This Court finds that petitioner is indigent. However, because this Court previously denied petitioner's motion for Certificate of Appealability, the motion to appeal in forma pauperis is denied.

By Order

_/s/_
Deputy Clerk

ENTER:

_/s/ Ernest C. Torres_
Ernest C. Torres
Senior U.S. District Judge

Date: October 15, 2008